UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:08-cr-00093-SEB-TAB |
| | ) | No. 1:16-cr-00223-SEB-TAB |
| ELLIS MEMBERS, | ) -01 | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Tim Baker's Report and Recommendation that Ellis Members' supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of eighteen (18) months in the custody of the Attorney General or his designee, with no supervised release to follow. The Defendant is to be taken into custody immediately. The Court further recommends that Defendant be placed at FCC Terre Haute.

**SO ORDERED.**

Date: 2/16/2018

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service